**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLCO GREEN, LLC. f/k/a E.F. HEIL, LLC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL UNION OF OPERATING )<br>ENGINEERS LOCAL 150, DISTRICT 1, )<br>)<br>Defendant. ) | Case No. 21-cv-01456 |

### UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES ON BEHALF OF PLAINTIFF WILLCO GREEN, LLC. F/K/A E.F. HEIL, LLC.

Pursuant to Local Rule 83.17, Plaintiff, WILLCO GREEN, LLC. f/k/a E.F. HEIL, LLC. ("WillCo Green") respectfully requests that the Court enter an order granting Joseph J. Torres and Jennifer T. Beach leave to file additional appearances. In support of this motion, WillCo Green states as follows:

1. WillCo Green has retained Jenner & Block LLP to represent it as additional counsel in this matter.

2. Accordingly, WillCo Green requests leave to have Joseph J. Torres and Jennifer T. Beach enter additional appearances on its behalf. Mr. Torres and Ms. Beach are members in good standing of this Court's Bar.

3. Ms. Beach has conferred with Defendants' attorneys regarding this motion. Defendants' do not oppose this motion.

WHEREFORE, for the foregoing reasons, WillCo Green respectfully requests that the Court enter an order granting Joseph J. Torres and Jennifer T. Beach leave to file additional appearances on its behalf.

Dated: April 14, 2021

        Respectfully submitted,

        WILLCO GREEN, LLC. f/k/a E.F. HEIL, LLC

        By: /s/ Joseph J. Torres
            Joseph J. Torres
            One of Its Attorneys

Joseph J. Torres
Jennifer T. Beach
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8685
jtorres@jenner.com
jbeach@jenner.com

Jack P. Cerone
Erbacci & Cerone, Ltd.
770 Lee Street, Suite 201
Des Plaines, IL 60016
(847) 294-9900
jpcerone@lawyer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2021, he served the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES ON BEHALF OF DEFENDANT WILLCO GREEN, LLC. f/k/a E.F. HEIL, LLC** via the United States District Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/Joseph J. Torres
Joseph J. Torres